

## NUMBER 13-19-00614-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

### IN THE INTEREST OF A. A. G., A CHILD

---

**On appeal from the 28th District Court
of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina
Memorandum Opinion by Justice Tijerina**

Appellant, Erika Garza, appealed a judgment entered by the 28th District Court of Nueces County, Texas. On December 4, 2019, the Clerk of this Court notified appellant that her Notice of Appeal was defective and requested it be corrected within 30 days. Additionally, on December 19, 2019, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid within 10 days. *See* TEX. R. APP. P. 42.3(c).

Appellant has not responded to either notice from the Clerk nor paid the $205.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

JAIME TIJERINA,
Justice

Delivered and filed the
20th day of February, 2020.

2